**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., individually and on behalf of similarly situated persons, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 16-cv-2881  Hon. Gary Feinerman |
| Plaintiff, | | |
| v. | | |
| XESS BRAND PRODUCTS, INC., and ELITE BRAND INDUSTRIES, INC., d/b/a ELITE COMPRESSION GARMENTS | | |
| Defendants. | | |

**STIPULATION OF DISMISSAL**

NOW COME Plaintiff and Defendant Xess Brand Products, Inc., by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) dismisses without prejudice Plaintiff's claims against Xess Brand Products, Inc., and further requests the Court to retain jurisdiction over this case until August 30, 2016, to permit the parties to effectuate the settlement. If no motion to reinstate the case has been filed on or before August 30, 2016, the parties request that the dismissal of Plaintiff's claims against Xess Brand Products, Inc., to be converted to a dismissal with prejudice without further action by the Court. The claims of the putative class members against Xess Brand Products, Inc., are dismissed without prejudice.

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner
WARNER LAW FIRM, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290
cwarner@warnerlawllc.com

/s/ Alan I. Becker (with consent)
Alan I. Becker
LITCHFIELD CAVO LLP
303 West Madison Street
Chicago, IL 60606
(312) 781-6622
becker@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 8, 2016**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

        Respectfully submitted,

        s/ Curtis C. Warner
          Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
350 S. Northwest HWY., Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com