IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., individually and on behalf of similarly situated persons, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 16-cv-2881  Hon. Gary Feinerman |
| Plaintiff, | | |
| v. | | |
| XESS BRAND PRODUCTS, INC., and ELITE BRAND INDUSTRIES, INC., d/b/a ELITE COMPRESSION GARMENTS | | |
| Defendants. | | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) and voluntarily dismisses without prejudice Plaintiff's and the putative class members' claims against Defendant Elite Brand Industries, Inc., d/b/a Elite Compression Garments.

Respectfully submitted,

/s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
350 S. Northwest HWY Ste. 300
Park Ridge, IL 60068
(847) 701-5290
cwarner@warnerlawllc.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 8, 2016**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                                           Respectfully submitted,

                                           s/ Curtis C. Warner
                                               Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
350 S. Northwest HWY., Ste. 300
Park Ridge, IL 60068
(847) 701-5290 (TEL)
cwarner@warnerlawllc.com

2